UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ALTON CANNON )
PLAINTIFF )    CASE NO. 07-659
)
V. )
)    Jury Trial
Adecco et. Al. )    requested
DEFENDANTS )
)
)
)

FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 OCT 23 PM 1:34

Motion for appointment
of Counsel

Plaintiff, Alton Cannon request (appointment of counsel) for the following reason's:

1. That Plaintiff does not have the (ability or legal skills) to represent himself effectively.

2. That Plaintiff is an indigent pro'se litigant whom does not have the necessary funds to pay for attorney fee's etc.

3. That at this time Plaintiff is a pro'se litigant that did not make enough income annually to be required by this Honorable court to pay attorney fee's etc.

Signed: Alton Cannon                Dated: 10-22-07