UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ALTON CANNON )
_____ )
Plaintiff ) CASE No. 07-659
) _____
)
V. )
) Jury Trial ☐ ORIGINAL
)
Adecco et.Al. ) Requested
_____ )
Defendants )
)
)
)
)

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 OCT 26  AM 3:57

Amendment Complaint

Comes Now, Plaintiff Alton Cannon is
seeking to Amendment of his complaint,
due to a "discrepany" between the dates:
for Filing the initial complaint At the
Dept. of Labor and Filing charge with
(E.E.O.C.), wherefore, Plaintiff wishes to
correct No. 7 and 8 within his Complaint-
pursuant to Title VII of The Civil Rights-
Act of 1964) dated (10-22-07). As Follows,
No. (7) For intial complaint Filed At (Dept. of
Labor is "correction date" to→ 19 , 09 , 07
                              DAY   month  year
and correction date No. (8) is → 17   10    07 .
                                 DAY  (month)(Year)

Signed: Alton Cannon         Dated: 10-26-07