IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Alton Cannon, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-659-GMS |
| | ) |
| Adecco Employment Agency, | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 1st day of November, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

FILED

NOV - 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE