IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF DELAWARE

| | |
|---|---|
| AlTON CANNON <br> Plaintiff <br> V. <br> TARGET STORES <br> Defendants | Civil Action No. <br> 07-661 GMS |
| AlTON CANNON <br> Plaintiff <br> V. <br> Integrity Staffing Solutions <br> Defendants | Civil Action No. <br> 07-660 GMS |
| AlTON CANNON <br> Plaintiff <br> V. <br> Adecco <br> Defendants | Civil Action No. <br> 07-659 GMS |

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 NOV -2 PM 4:08

AlTON CANNON                       Civil Action No.
    Plaintiff                         07-602 GMS

    V.

News Journal
    Defendants

---

### Notice of Voluntary Dismissal

Comes Now, AlTON CANNON Plaintiff in Good-Faith respectfully moves this Honorable Court to accept Plaintiff Notice of voluntary Dismissal in the above captioned case(s):

For The Following reasons:

That (Plaintiff) charge of Discrimination does not Fall under Title VII of The Civil rights Act of 1964.

That Plaintiff Failed to File his complaint with the (Federal E.E.O.C.) Located in Philadelphia, PA.

That the (Department of Labor) only deals with Jurisdictional aspects of Discriminal in employment such as: race, color, Religion, age, marital status, sex etc.

That Plaintiff wasted his time Filing complaint in this Honorable court, which would have been pre-maturely dismiss, due to Plaintiff filing complaint under the wrong legislative (statute.)

That Plaintiff has legitimate and meritorious claims, however the court would have dismiss all cases, due to a techincality relating to filing case under wrong (Employment-Discrimination statute.)

That Plaintiff Complaint is (Discrimination in employment) for criminal conviction(s), which is not in (Title VII Civil Rights Act of 1964 Jurisdiction.

That Plaintiff did not move to serve the above captioned complaints to defendant in this Honarable Court.

For all the above reason(s) Plaintiff prays that this Court Dismiss all the above captioned civil-complaints. That were filed mistakely under the wrong legislative statute - "Title VII of The Civil Rights Act of 1964"

That Plaintiff was ignorant to the law, pertaining to having legitimate complaints, but filing complaints in right court, but under wrong statute and filing with wrong agency - Dept. of Labor E.E.O.C.

Signed: _Autry Cannon_   Dated: 11-02-07